08/17/2009

Pro Se Office Clerk
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 Federal Plaza
Central Islip, NY 11722

Re: Docket Number: CV-09-1620 (JFB)

Dear Sir or Madam,

I, Volkan Akkurt (the plaintiff) would like to request for a deadline extension for serving the complaint to the defendants. Due to unusual circumstances, I am little late. I would appreciate if you can grand me that request.

Sincerely,

Volkan Akkurt

Note: Please contact me by mailing me at the following address (my temporary mailing address):

Volkan Akkurt c/o Ozlem Dato
28 Ventura Circle
Nashua, NH 03062

akkurtv@yahoo.com
Fax 815 846 4065

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 18 2009 ★
LONG ISLAND OFFICE

Volkan Akturk
c/o Ozlem Dato
28 Ventura Circle
Nashua, NH 03062

Pro Se Office Clerk
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 Federal Plaza
Central Islip, NY 11722