UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
VOLKAN AKKURT,

        Plaintiff,

        – against –

MICHAEL A. MCMANUS, JR., DAN VOIC,
RON MANNA, THEO NOVAK, JOE GIGANTE,

        Defendants.
----------------------------------------X

ORDER
09-CV-1620 (JFB)(WDW)

JOSEPH F. BIANCO, District Judge:

    Plaintiff requests, by letter dated August 17, 2009, that he be permitted to serve the complaint beyond the 120 days from the date the complaint was filed, which was April 20, 2009. However, plaintiff has failed to provide a basis for finding "good cause" under Rule 4(m) of the Federal Rules of Civil Procedure for this period of delay. Therefore, plaintiff is directed to file by October 7, 2009 the basis for the delay and allowing the extension of time under Rule 4(m). Failure to do so by that date will result in dismissal of the case without prejudice under Rule 4(m).

SO ORDERED.

JOSEPH F. BIANCO
United States District Judge

Dated: September 16, 2009
Central Islip, NY